IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

WALTER ANTHONY DESHAZO                                                      PLAINTIFF

v.                                  Civil No. 06-4027

JOHN PARTAIN, Sheriff, Servier County,
Arkansas; RICHARD W. WIGGINS; and
CHRIS BRACKETT                                                              DEFENDANTS

## **ORDER**

For reasons stated in a memorandum opinion of this date, DeShazo's complaint is hereby dismissed as it is barred by the statute of limitations. Accordingly, plaintiff's motion to amend his complaint is also denied.

IT IS SO ORDERED this the 15th day of November 2006.

/s/ Harry F. Barnes
HONORABLE HARRY F. BARNES
UNITED STATES DISTRICT JUDGE